428 A.2d 679

Commonwealth v. Olexy, Appellant.

Submitted December 6, 1979. Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.